UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MATTHEW GODSILL, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICOLD REALTY TRUST, an Oregon Corporation; and AMERICOLDLOGISTICS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No. 1:18-CV-00093-BLW<br><br>**ORDER OF DISMISSAL** |

　　The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 51) is APPROVED, and that this case is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

　　IT IS FURTHER ORDERED that the Clerk close this case.

DATED: **June 17, 2020**

B. Lynn Winmill
United States District Judge

**ORDER OF DISMISSAL - 1**